## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY RODESKY, | ) |
| | ) |
| Plaintiff, | )  Case No. 15-cv-1002-JEH |
| | ) |
| v. | ) |
| | ) |
| WEXFORD HEALTH SOURCE INC., et al., | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S APPENDIX OF EXHIBITS IN RESPONSE
### TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT [DOCS. 87, 90]

| Exhibit | Description |
|---|---|
| 1 | Declaration of Evan L. Kahn, M.D. |
| 2 | IDOC Chronic Illness Treatment Guidelines: Diabetes |
| 3 | Declaration of Anthony Rodesky |
| 4 | IDOC medical records (selected) |
| 5 | Wexford Utilization Management Record, 6/13/2012 |
| 6 | Job Description for Dr. Powers and Dr. Tilden |
| 7 | Fax from K. Kissiar to B. Slusser, 5/2/2013 |
| 8 | Email from B. Slusser to K. Kissiar, 5/7/2013 |
| 9 | Deposition of Randy Pfister |
| 10 | Deposition of Joel Starkey |
| 11 | Diabetic Foot Ulcers and Their Recurrence, *New England Journal of Medicine* |
| 12 | Deposition of Teresa Arroyo |
| 13 | Emails between Dr. Shicker and Dr. Tilden |
| 14 | UIC medical records (selected) |