

**Illinois Department of Corrections**

**Bruce Rauner**
Governor

**Donald Stolworthy**
Director

**James R. Thompson Center**
100 W. Randolph Street, Suite 4-200
Chicago, IL 60601

Telephone: (312) 814-3017
TDD: (800) 526-0844

# OFFICE OF HEALTH SERVICES

# CHRONIC ILLNESS TREATMENT GUIDELINES

# Diabetes

## May 2015

Rodesky v. Wexford, et al. (15-1002) DOCUMENT NO.004717

Diabetes Mellitus

I. For patients with suspected new onset diabetes, the diagnosis must be made with.
    1. Fasting blood sugar ≥ 126, or
    2. Hemoglobin A1c > 6.5, or
    3. Random blood sugar ≥ 200

II. Baseline – Within 30 days of admission to parent facility from R&C; however, should be performed at R&C if offender remains there > 30 days.
    A. History:
        1. Diabetes must be classified as Type 1, Type 2, Gestational, or other (e.g. due to cystic fibrosis, pancreatitis, or steroids)
        2. Age of onset of diabetes
        3. Current treatment including medication history, diet measures, and history of utilizing CBG testing
        4. Prior episodes of DKA and hypoglycemia including frequency, severity and cause
        5. History of diabetes related complications (e.g. CVD, retinopathy, nephropathy, neuropathy)
    B. Physical Examination:
        1. Vitals with attention to blood pressure and weight; record BMI (see charts below)
        2. Diabetic eye screening (Funduscopy) by optometrist/ophthalmologist
        3. Heart evaluation
        4. Skin evaluation
        5. Neurovascular examination including distal extremities sensory and pulse (DP/PT) assessments
    C. Baseline Laboratory:
        1. Hemoglobin A1c
        2. Chemistry panel with creatinine
        3. Fasting lipids
        4. Urine microalbumin (unless gross proteinuria)
        5. Urine dipstick acceptable unless results are abnormal, then send to lab
        6. TSH
        7. EKG for those over 40 and when otherwise clinically indicated

1

Rodesky v. Wexford, et al. (15-1002) DOCUMENT NO.004718

   D. Treatment:
   1. Medication management
      a. Diabetic Medication
      b. Lipids – see Hyperlipidemia Guidelines
      c. Antihypertensive medications
      d. ACE inhibitor for microalbumin or proteinuria
      e. ASA for patients with cardiovascular disease (coronary heart disease, stroke, peripheral vascular disease) when not contraindicated
   2. Patient education (diet, foot care, signs and symptoms of hypo or hyperglycemia, and medication side effects)
   3. Appropriate footwear as indicated for impaired sensation/neuropathy
   4. Evaluation for special placement, program or assignment needs (e.g. low bunk, work restrictions)
   5. ==Pneumococcal vaccine as clinically indicated==
   6. Treatment of end-organ conditions (CVD, nephropathy, retinopathy, and neuropathy)

III. Monitoring
   A. All persons with Type 1 diabetes must have finger-stick testing as ordered by the institutional physician. At a minimum, Type 1 diabetics need CBG testing prior to each insulin injection
   B. Persons with Type 2 diabetes must have access to CBG testing once a week or as otherwise clinically indicated
   C. Therapeutic goals
      1. A1c < 7%
      2. Pre-prandial CBG 90-130mg/dl
      3. Peak post prandial CBG < 180
      4. ==Blood Pressure < 140/90; Over 60 years of age < 150/90==
      5. LDL cholesterol: See Hyperlipidemia Guidelines

IV. Follow up clinics
   A. ==Frequency every four (4) months (April, August, December) or more frequently as clinically indicated==
   B. Clinic Monitoring to include
      1. Weight and vital signs
      2. Physical examination including foot inspection
      3. Review of episodes of hypo/hyperglycemia, medication side effects, compliance, and any new symptoms
      4. Review of Hemoglobin A1c, CBG, and other laboratory testing
      5. Determination of degree of control

2

Rodesky v. Wexford, et al. (15-1002) DOCUMENT NO.004719

   6. Document modification of treatment if patient not in good control
   7. Manage any complications
  C. Assessment of control

### Parameters of Control

| Control | HgbA1c (%) | LDL Cholesterol (mg/dL) |
|---|---|---|
| *Good* | <7% | <100 |
| *Fair* | 7 – 9 | 100-130 |
| *Poor* | >9% | >130 |

  D. Documentation
   1. Document control and whether offender is Stable, Improving or Deteriorating
   2. Definitions
    a. Stable – A1C within 1% of their previous A1C
    b. Improving – A1C decreases by 1% or more than last A1C
    c. Deteriorating – A1C increases by 1% or more than last A1C

V. Annual Clinic (first clinic of calendar year) requirements:
  A. Vital signs including weight (record BMI)
  B. Physician examination
  C. Neurovascular examination including distal extremities sensory and pulse (DP/PT) assessments
  D. Diabetic eye screening ( Fundoscopy ) by an Optometrist/Opthomologist
  E. Chemistry Panel
  F. Fasting Lipids
  G. Hemoglobin A1c
  H. UA
  I. Microalbumin unless previously detected or if has gross proteinuria

3

Rodesky v. Wexford, et al. (15-1002) DOCUMENT NO.004720

        J. Dietary recommendations

VI.     Complications
- A. Use low dose aspirin for diabetics with history of any Cardiovascular disease (unless contraindicated)
- B. Consultation with nephrology (either formal or via Teleconference) for patients with significant renal Insufficiency (creatinine $\geq 2.5$ or GFR $< 50$)
- C. Unless contraindicated, persons with microalbuminuira should be treated with an ACE inhibitor
- D. Patients with retinopathy should follow at least annually with an ophthalmologist or more frequently as clinically indicated
- E. Patients with neuropathy and/or foot ulcer require careful visual, sensory, and pulse assessment of feet every visit plus education regarding foot care
    1. Special attention should be given to management of foot ulcers, which should be treated aggressively until healed. Specialty care may be warranted
- F. Episodic hypoglycemia/Insulin Reactions: Providers must ensure that offenders recognize the early signs and symptoms of hypoglycemia so that prompt intervention can take place. Glucagon is to be used for severe cases when the offender is unable to ingest carbohydrates due to mental status changes.

VII.    Referrals
- A. Consider specialty referral for patients with
    1. End organ damage
    2. Poor control on 2 consecutive clinics when compliant with treatment
    3. Diabetes secondary to other medical conditions (e.g. – Cushing's Disease, Chronic steroid use)
- B. If referral is deferred recommendations by the Regional Medical Director shall be documented in the medical record

*Note: Guidelines are not rules and while they provide a framework by synthesizing the best available evidence, any treatment plan should be formulated on the basis of individual patient characteristics, including co-morbidities, lifestyle factors, medication effects, patient preferences, cost issues and adherence.*

VIII.   References

4

NCEP – NIH Publication, *National Cholesterol Education Program #02-5215*, (2002)

FBOP, Federal Bureau of Prisons – *Diabetic Guidelines,* (June).

NCCHC, National Commission of Correctional Health Care – *Diabetic Guidelines,* (2009).

**BMI Charts for Men and BMI Chart for Women**

5

Rodesky v. Wexford, et al. (15-1002) DOCUMENT NO.004722

|  | Normal | | | | | | Overweight | | | | | Obese | | | | | | | | | | Extreme Obesity | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BMI | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 |

Height  
(feet & inches)                                    Weight (Pounds)

| Height | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4'10" | 91 | 96 | 100 | 105 | 110 | 115 | 119 | 124 | 129 | 134 | 138 | 143 | 148 | 153 | 158 | 162 | 167 | 172 | 177 | 181 | 186 | 191 | 196 | 201 |
| 4'11" | 94 | 99 | 104 | 109 | 114 | 119 | 124 | 128 | 133 | 138 | 143 | 148 | 153 | 158 | 163 | 168 | 173 | 178 | 183 | 188 | 193 | 198 | 203 | 208 |
| 5'00" | 97 | 102 | 107 | 112 | 118 | 123 | 128 | 133 | 138 | 143 | 148 | 153 | 158 | 163 | 168 | 174 | 179 | 184 | 189 | 194 | 199 | 204 | 209 | 215 |
| 5'01' | 100 | 106 | 111 | 116 | 122 | 127 | 132 | 137 | 143 | 148 | 153 | 158 | 164 | 169 | 174 | 180 | 185 | 190 | 195 | 201 | 206 | 211 | 217 | 222 |
| 5'02" | 104 | 109 | 115 | 120 | 126 | 131 | 136 | 142 | 147 | 153 | 158 | 164 | 169 | 175 | 180 | 186 | 191 | 196 | 202 | 207 | 213 | 218 | 224 | 229 |
| 5'03" | 107 | 112 | 118 | 124 | 130 | 135 | 141 | 146 | 152 | 158 | 163 | 169 | 174 | 180 | 186 | 191 | 197 | 203 | 208 | 214 | 220 | 225 | 231 | 237 |
| 5'04" | 110 | 116 | 122 | 128 | 134 | 140 | 145 | 151 | 157 | 163 | 169 | 175 | 180 | 186 | 191 | 197 | 204 | 209 | 215 | 221 | 227 | 232 | 238 | 244 |
| 5'05" | 114 | 120 | 126 | 132 | 138 | 144 | 150 | 156 | 162 | 168 | 174 | 180 | 186 | 192 | 198 | 204 | 210 | 216 | 222 | 228 | 23 | 240 | 246 | 252 |
| 5'06" | 118 | 124 | 130 | 136 | 142 | 148 | 155 | 161 | 167 | 173 | 179 | 186 | 192 | 198 | 204 | 210 | 216 | 223 | 229 | 215 | 241 | 247 | 253 | 260 |
| 5'07" | 121 | 127 | 134 | 140 | 146 | 153 | 159 | 166 | 172 | 178 | 185 | 191 | 198 | 204 | 211 | 217 | 223 | 230 | 236 | 242 | 249 | 255 | 261 | 268 |
| 5'08" | 125 | 131 | 138 | 144 | 151 | 158 | 164 | 171 | 177 | 184 | 190 | 197 | 204 | 210 | 216 | 223 | 230 | 236 | 243 | 249 | 256 | 262 | 269 | 276 |
| 5'09" | 128 | 135 | 142 | 149 | 155 | 162 | 169 | 176 | 182 | 189 | 196 | 203 | 210 | 216 | 223 | 230 | 236 | 243 | 250 | 257 | 263 | 270 | 277 | 284 |
| 5'10" | 132 | 139 | 146 | 153 | 160 | 167 | 174 | 181 | 188 | 195 | 202 | 209 | 216 | 222 | 229 | 236 | 243 | 250 | 257 | 264 | 271 | 278 | 285 | 292 |
| 5'11" | 136 | 143 | 150 | 157 | 165 | 172 | 179 | 186 | 193 | 200 | 208 | 215 | 222 | 229 | 236 | 243 | 250 | 257 | 265 | 272 | 279 | 286 | 293 | 301 |
| 6'00" | 140 | 147 | 154 | 162 | 169 | 177 | 184 | 191 | 199 | 206 | 213 | 221 | 228 | 235 | 242 | 250 | 258 | 265 | 272 | 279 | 287 | 294 | 302 | 309 |
| 6'01" | 144 | 151 | 159 | 166 | 174 | 182 | 189 | 197 | 204 | 212 | 219 | 227 | 235 | 242 | 250 | 257 | 265 | 275 | 280 | 268 | 295 | 302 | 310 | 318 |
| 6'02" | 148 | 155 | 163 | 171 | 179 | 186 | 194 | 202 | 210 | 218 | 225 | 233 | 241 | 249 | 256 | 264 | 272 | 280 | 287 | 295 | 303 | 311 | 319 | 326 |
| 6'03" | 152 | 160 | 168 | 176 | 184 | 192 | 200 | 208 | 216 | 224 | 232 | 240 | 248 | 256 | 264 | 272 | 279 | 287 | 295 | 303 | 311 | 319 | 327 | 335 |
| 6'04" | 156 | 164 | 172 | 180 | 189 | 197 | 205 | 213 | 221 | 230 | 238 | 246 | 254 | 263 | 271 | 279 | 287 | 295 | 304 | 312 | 320 | 328 | 336 | 344 |

Note: Body Mass Index Calculation is the same for both women and men

Rodesky v. Wexford, et al. (15-1002) DOCUMENT NO.004723