## JURY VERDICT FORM

1. We, the jury, find as follows on Plaintiff's Eighth Amendment claim against Randy Pfister:

(Place an "X" on the appropriate line)

\_\_\_\_\_ For Plaintiff, Anthony Rodesky

__X__ For Defendant, Randy Pfister

(If you found for Plaintiff on his claim against Defendant Pfister, fill in the total amount of compensatory damages you award in part 2 below. If you found for Defendant Pfister on Plaintiff's Eighth Amendment claim, skip parts 2 and 3 because you will not award damages for this claim.)

2. Having found for Plaintiff on his Eighth Amendment claim against the Defendant in Part 1, we fix Plaintiff's compensatory damages as follows:

$_____

(If you found against Defendant Pfister in Section 1, above, in addition to any compensatory damages awarded above in Section 2, you may, but are not required to, award punitive damages against Defendant Pfister. If you found in favor of Defendant Pfister in Section 1, skip section 3 because you may not award punitive damages if you found in favor of Defendant Pfister.)

3. Having found for Plaintiff on his Eighth Amendment claim against the Defendant in Part 1, we fix Plaintiff's punitive damages as follows:

$_____

4. We, the jury, find as follows on Plaintiff's claim against the Illinois Department of Corrections under the Americans with Disabilities Act and the Rehabilitation Act:

(Place an "X" on the appropriate line)

__X__ For Plaintiff, Anthony Rodesky

\_\_\_\_\_ For Rob Jeffreys, in his official capacity as Director of the Illinois Department of Corrections

*(If you found for Plaintiff on his claims under the Americans with Disabilities Act and Rehabilitation Act, fill in the total amount of compensatory damages you award for those claims in part 5 below. If you found for Defendant on these claims, skip part 5 because you will not award damages on these claims.)*

5. Having found for Plaintiff on his Americans with Disabilities Act and the Rehabilitation Act claims in part 4, we fix Plaintiff's compensatory damages as follows:

$ __400,000__

We, the jury, having reached a unanimous agreement on Plaintiff's claims, sign below.

Date: 12/03/2021

Foreperson: s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror